## QUITCLAIM ASSIGNMENT OF MORTGAGE

WHEREAS, American Brokers Conduit, a New York corporation, is the lender ("Lender") on a certain mortgage executed by Stephen E. Monaghan, Jr. and Faimafili T. Monaghan, and bearing the date of March 1, 2006, and recorded in the Cumberland County Registry of Deeds in Book 23728, Page 146 (the "**Mortgage**");

WHEREAS, pursuant to an Order Granting Default Judgment & Appointing Receiver for American Home Mortgage Corporation d/b/a American Brokers Conduit entered on November 12, 2024, by the Supreme Court of New York and for the County of Suffolk under Index No. 608053/2024 (the "**Order**"), John L. Juliano, Esq. was appointed Receiver for Lender. A true copy of the Order is attached hereto as Exhibit A.

WHEREAS, Lender may have certain rights that are described in the Mortgage and Order;

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("**MERS**") was designated the mortgagee in the Mortgage and as the nominee of Lender and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment of Mortgage is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage; and

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage.

ACCORDINGLY, Lender hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any), in the Mortgage to **U.S. Bank National Association, as Trustee, Successor in Interest to Lasalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-8**.

PROPERTY ADDRESS:
31 Jefferson Street, South Portland, Maine 04106

*[Signature page follows]*

**EXHIBIT**

**E**

**SIGNATURE PAGE**
**TO**
**QUITCLAIM ASSIGNMENT OF MORTGAGE**

AMERICAN HOME MORTGAGE
CORPORATION D/B/A AMERICAN BROKERS
CONDUIT

Dated: *January 21*, 2025

John L. Juliano, Esq., solely as Receiver for
American Home Mortgage Corporation d/b/a
American Brokers Conduit and not in an
individual or other capacity, by order of the
Supreme Court of New York and for the
County of Suffolk under Index No.
608053/2024

STATE OF NEW YORK
COUNTY OF SUFFOLK

Personally appeared before me this *21* day of *January*, 2025, the above-named
John L. Juliano, Esq., in his capacity as Court appointed Receiver of American Home Mortgage
Corporation d/b/a American Brokers Conduit, and acknowledged the foregoing to be his free act
and deed in said capacity and the free act and deed of American Home Mortgage Corporation d/b/a
American Brokers Conduit.

Notary Public: *Myriam E Rodriguez*

> Myriam E. Rodriguez
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01RO5006949
> Qualified in Suffolk County
> Commission Expires *8-12-2027*

PROPERTY ADDRESS:
31 Jefferson Street, South Portland, Maine 04106

NYSCEF DOC. NO. 34                                    RECEIVED NYSCEF: 11/19/2024

At an IAS Term, Part 74 of the
Supreme Court of the State of New
York, held in and for the County of
Suffolk at the Courthouse located at ~210 Center
Court Street Riverhead, NY 10901 on Drive
November 13, 2024.

PRESENT:   **HON. ALISON J. NAPOLITANO**
                        J.S.C.

ORIGINAL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

U.S. Bank National Association, as Trustee,
Successor in Interest to Lasalle Bank National
Association, as Trustee for Lehman XS Trust
Mortgage Pass-Through Certificates, Series 2006-8,

                                        Plaintiff,

        vs.

AMERICAN      HOME      MORTGAGE
CORPORATION D/B/A AMERICAN BROKERS
CONDUIT, a New York corporation; and DOES 1
through 10, inclusive,

                                        Defendants.

Index No.: 608053/2024

**ORDER GRANTING
DEFAULT JUDGMENT
& APPOINTING RECEIVER**

Motion Seq. #2 - MG

        Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Lasalle

Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through

Certificates, Series 2006-8, (hereinafter, "Plaintiff"), by its attorneys, Eckert Seamans Cherin &

Mellott, LLC, having commenced an action against defendants American Home Mortgage

Corporation d/b/a American Brokers Conduit, a New York Corporation ("Defendant") and

"DOES" 1 through 10 inclusive, by filing a Summons and Complaint with the Suffolk County

Clerk's Office on April 1, 2024 in order to obtain an Order:

        a)      Pursuant to CPLR § 3215, granting a default judgment in Plaintiff's favor

                against Defendant, because it has not appeared in this action;

EXHIBIT

**A**

NYSCEF DOC. NO. 34                                        RECEIVED NYSCEF: 11/19/2024

b)    Amending the caption of this action by excising the "DOES" defendants without prejudice to any of the proceedings heretofore had herein or to be had herein;

c)    Declaring Plaintiff the owner of the promissory note and mortgage at issue and entitled to an assignment of mortgage from Defendant;

d)    Declaring that John L. Juliano, Esq. is reappointed as Receiver and/or appointing another Receiver if Mr. Juliano is unable to serve to execute a quitclaim assignment of mortgage from Defendant to Plaintiff, and such other assignments as may be necessary concerning other loans that are not yet ascertained but believed to exist; and

e)    Granting such other relief that the Court deems just and proper.

Plaintiff, having moved before this Court by Notice of Motion, dated September 18, 2024, the Affirmation of Morgan R. McCord, Esq. of Eckert Seamans Cherin & Mellott, LLC, counsel for Plaintiff, dated September 18, 2024 and the Memorandum of Law dated September 18, 2024 in support thereof, the exhibits annexed thereto, and it further appearing that all of the defendants have been duly served with copies of the Summons and Complaint and no one appearing in opposition hereto;

**NOW**, on the motion of Eckert Seamans Cherin & Mellott, LLC, attorneys of record for the Plaintiff, it is hereby

**ORDERED**, that Plaintiff's motion is granted; and it is further

NYSCEF DOC. NO. 34                                    RECEIVED NYSCEF: 11/19/2024

**ORDERED**, that a default judgment, pursuant to CPLR § 3215, in favor of Plaintiff is granted as against defendant American Home Mortgage Corporation d/b/a American Brokers Conduit, a New York Corporation; and it is further

**ORDERED**, that the caption of this action be amended by excising the "Doe" defendants without prejudice to any of the proceedings heretofore had herein or to be had herein; and it is further

**ORDERED**, that the caption as amended shall read as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| U.S. Bank National Association, as Trustee, Successor in Interest to Lasalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-8, | Index No.: 608053/2024 |
| Plaintiff, | |
| vs. | |
| AMERICAN HOME MORTGAGE CORPORATION D/B/A AMERICAN BROKERS CONDUIT, a New York corporation, | |
| Defendants. | |

; and it is further

**ORDERED**, that Plaintiff is the owner and holder of a certain promissory note and mortgage executed by Stephen J. Monaghan, Jr. and Faimafili Monaghan, dated March 1, 2006, and recorded in the Cumberland County Registry of Deeds in Book 23728, Page 146, encumbering real property located at 31 Jefferson Street, Portland, ME 04106 (the "Mortgage Note"); and it is further

DOC :5291  BK:41282  PG:229
RECEIVED-RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
02/14/2025,  09:24:45A
Register of Deeds Jessica M. Spaulding  E-RECORDED

NYSCEF DOC. NO. 34                                    RECEIVED NYSCEF: 11/19/2024

**ORDERED**, that John L. Juliano with an address of 39 Doyle Ct., East Northport, NY 11731, (631) 499-9300 is hereby appointed to serve without bond as a receiver (the "Receiver") pursuant to New York Business Corporation Law § 1202 for the limited purpose of executing the attached Quitclaim Assignment of Mortgage on behalf of American Home Mortgage Corporation d/b/a American Brokers Conduit, a New York Corporation, and any other assignments of mortgage or other instruments, that may be necessary to transfer the Mortgage Note to Plaintiff;

**ORDERED**, that by accepting this appointment the Receiver certifies that he/she is in compliance with Part 36 of the Rules of the Chief Judge (22 NYCRR Part 36), including, but not limited to §36.2 (c) ("Disqualifications from appointment"), and §36.2 (d) ("Limitations on appointments based upon compensation"), and, if the Receiver is disqualified from receiving an appointment pursuant to the provisions of that Rule, the Receiver shall immediately notify the Appointing Judge; and it is further

**ORDERED**, that the Receiver is prohibited from accepting or retaining any funds for him/herself or paying funds to him/herself without compliance with Part 36 of the Rules of the Chief Administrative Judge; and it is further

Ordered that the Receiver shall be paid $500.00,

Dated: November 12, 2024

**GRANTED**

NOV 12 2024
VINCENT PULEO
Clerk of Suffolk County

ENTER

HON. ALISON J. NAPOLITANO
J.S.C.